FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 10, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA K.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 1:22-CV-03132-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

　　　Before the Court is the parties' Stipulated Motion for Remand, ECF No. 13. The motion was considered without oral argument. Plaintiff is represented by Cory J. Brandt. Defendant is represented by Katherine Watson and Brian M. Donovan.

　　　The parties ask the Court to reverse and remand this action for further administrative proceedings.

　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　1.　The parties' Stipulated Motion for Remand, ECF No. 13, is **GRANTED**.

　　　2.　The above-captioned case is **reversed** and **remanded** for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Appeals Council will remand the case to an Administrative Law Judge in order to:

- Reconsider Plaintiff's past relevant work and her ability to do her past relevant work and/or other work;

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1**

- Reevaluate the medical opinion evidence, including the supportability and consistency of the opinions of Charles Bulfinch, D.O.;
- If warranted, reevaluate Plaintiff's residual functional capacity;
- If warranted, obtain supplemental vocational expert testimony;
- Take any further action needed to complete the administrative record; and
- Issue a new decision on the issue of disability through Plaintiff's date last Insured.

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant. After judgment, Plaintiff may be entitled to reasonable attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 10th day of April 2023.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 2